[pic]

 BILL OF COSTS

 TEXAS COURT OF APPEALS, TENTH DISTRICT, AT WACO

 No. 10-14-00194-CV

 Cross Creek Land & Cattle Co., LTD, and Thomas M. Gaubert

 v.

 AGTexas Farm Credit Services, AGTexas Farm FLCA, AGTexas PCA, AGTexas FCS
 Appraisal Service, and Ettore Regalzi

 (No. 89538 IN 40th District Court OF Ellis COUNTY)

|Type of Fee |Charges |Paid |By |
|Motion fee |$10.00 |E-PAID |J. Robert Arnett, II|
|Supp reporter's record |$0.00 |UNKNOWN | |
|Motion fee |$10.00 |E-PAID |J. Robert Arnett, II|
|Clerk's record |$383.00 |UNKNOWN | |
|Reporter's record |$0.00 |UNKNOWN | |
|Filing |$100.00 |PAID |Carter |
|Required Texas.gov efiling fee |$20.00 |PAID |Carter |
|Supreme Court chapter 51 fee |$50.00 |PAID |Carter |
|Indigent |$25.00 |PAID |Carter |

 Balance of costs owing to the Tenth Court of Appeals, Waco, Texas: 0.00
 Court costs in this cause shall be paid as per the Judgment issued by this
 Court.

 I, SHARRI ROESSLER, CLERK OF THE TENTH COURT OF APPEALS OF THE STATE
OF TEXAS, do hereby certify that the above and foregoing is a true and
correct copy of the cost bill of THE COURT OF APPEALS FOR THE TENTH
DISTRICT OF TEXAS, showing the charges and payments, in the above numbered
and styled cause, as the same appears of record in this office.

 IN TESTIMONY WHEREOF, witness my hand and
 the Seal of the COURT OF APPEALS for the
 Tenth District of Texas, this February 9,
 2015.

 SHARRI ROESSLER, CLERK

 By: ___________________________
 Nell Hegefeld, Deputy Clerk